IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9GLOBAL INC.,

    Plaintiff,

v.

AVANT CREDIT CORPORATION,

    Defendant.

No. C 15-00898 WHA

**REQUEST FOR RESPONSE**

    The Court has received the parties' stipulated request for extensions and has it under consideration. Before ruling, counsel are requested to answer the following questions. While Attorney Bety Javidzad argued the motion to dismiss, appeared at the case management conference, and has made several filings in this matter, counsel shall please explain why Attorney Daniel Silverman's name appears at the top of the stipulation's header if Attorney Javidzad is actually lead counsel. In addition, counsel shall please state whether Attorney Javidzad will be lead counsel at trial. With respect to the "proposed separate lawsuit against Avant," counsel shall please explain why it would be better to delay the present case rather than wait for that lawsuit to actually be filed and then assess its impact on the present case. Both sides are requested to respond by **NOON ON NOVEMBER 4, 2015**.

Dated: November 3, 2015.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE