IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 9GLOBAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> AVANT CREDIT CORPORATION, <br><br> Defendant. | No. C 15-00898 WHA <br><br> **ORDER GRANTING IN PART STIPULATION TO CONTINUE DATES** |

In this contract dispute, the parties have filed a stipulation to extend the discovery cutoff, motion dates, and trial date by four months. The parties give two reasons for the proposed extensions: (1) lead defense Attorney Bety Javidzad will be going on maternity leave beginning in December and will be out until May (after the current discovery cutoff); and (2) plaintiff anticipates filing a motion for leave to amend its complaint and/or file a new lawsuit based on additional conduct under the same contract. The parties were then requested to provide supplemental information, specifically whether Attorney Javidzad has served as the lead attorney on the case, despite the fact that a different attorney's name appeared at the top of the signature block. Defense counsel responded that Attorney Javidzad is the lead attorney on the case, her place on the signature block being determined only be seniority.

The parties' request is **GRANTED IN PART**. The non-expert discovery cutoff shall be continued to **JULY 8, 2016.** The expert discovery cutoff shall be continued to **AUGUST 12, 2016.**

The last day to file dispositive motions shall be continued to **AUGUST 19, 2016**, to be heard on the normal 35-day track. The final pretrial conference will take place at **TWO P.M. ON OCTOBER 26, 2016.** A jury trial is hereby set for **7:30 A.M. ON OCTOBER 31, 2016**. No more extensions will be granted.

**IT IS SO ORDERED.**

Dated: November 6, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE