Christopher W. Arledge (Bar No. 200767)
Email: carledge@onellp.com
**ONE LLP**
4000 MacArthur Boulevard
East Tower, Suite 500
Newport Beach, California 92660
Telephone:  (949) 502-2870
Facsimile:   (949) 258-5081

Joanna Ardalan (Bar No. 285384)
Email: jardalan@onellp.com
**ONE LLP**
9301 Wilshire Boulevard
Penthouse Suite
Beverly Hills, California 90210
Telephone:  (310) 866-5157
Facsimile:   (310) 943-2085

*Attorneys for Plaintiff,
9Global. Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 9GLOBAL, INC., a California corporation,<br><br>     Plaintiff,<br><br>v.<br><br>AVANT CREDIT CORPORATION, a Delaware corporation; and DOES 1-10, inclusive,<br><br>     Defendants. | Case No.  3:15-cv-00898-WHA<br>(Related Case No. 3:15-cv-05543-WHA)<br>Hon. William H. Alsup<br><br>**[PROPOSED] ORDER DISMISSING RELATED CASES WITH PREJUDICE** |

Pursuant to the Parties' Stipulation and light of the settlement reached by the Parties, the related actions Case No. 3:15-cv-00898-WHA and 3:15-cv-05543-WHA are hereby dismissed with regards to all claims in both related actions, in their entirety, WITH PREJUDICE, with each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:  June 20, 2016.

_____
Hon. William H. Alsup
United States District Judge